SIMON FASSY and Others v. MAURICE HARTMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of ELIZABETH CONNELL, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

NEWARK RUBBER COMPANY v. WORLD RUBBER PRODUCTS COMPANY, INC. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of GUSTAVE H. KUNTZSCH, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

JAMES LOGIE v. IGNATIUS DEVLIN.—Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

LEO FLATOW v. SLOAN DANENHOWER COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

FRANK J. BAUMERT and Others v. MANFRED MALKIN and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

LILLY WEINREB v. SAMUEL WEINREB.— Motion to dismiss appeal granted unless appellant comply with terms of order. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

HUGH McHALE, an Infant, etc., v. LOTOS GARAGE, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

WILLIAM B. SISSLER v. CHARLES DU BOURG and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

EDWIN K. BREADY v. GEORGE NOSCHKES and Others.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

CHARLES FREEMAN v. RALPH REALTY CORPORATION.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

FRENCH BROS.-BAUER COMPANY v. WILLIAM M. BARRETT, as President, etc.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

CHARLES BROOKSTEIN v. DONIGER & BORGESON, INC.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.